# Court of Appeals
# of the State of Georgia

ATLANTA,  July 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0077. JEFFERSON JET WATSON v. THE STATE**

Upon consideration of Appellant's Rule 40 (c) Original Mandamus in the above styled case, it is ordered that the motion is hereby denied.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  07/05/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*